IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| v. | : | NO. 09-155-1 |
| LUIS COLON | : | |

## **ORDER**

AND NOW, this 25th day of August, 2010, upon consideration of Defendant's Motion for Release on Conditions and Motion for Less Restrictive Confinement (Doc. No. 48), the Government's response in opposition (Doc. No. 78), and the arguments and evidence presented at the August 5, 2010 hearing, it is ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

 /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.