IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　v.<br><br>LUIS A. COLON,<br><br>　　　　　　Defendant. | CRIMINAL ACTION<br>NO. 09-0155 |

# ORDER

**AND NOW**, this 11th day of April 2014, upon consideration of Defendant's Motion to Vacate/Set Aside/Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 499), the Government's Motion to Dismiss Petition Under 28 U.S.C. § 2255 and for Extension of Time (Doc. No. 501), Defendant's Response (Doc. No. 504), the Government's Response in Opposition to Defendant's Motion to Vacate/Set Aside/Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 508), Defendant's Reply (Doc. No. 509), the Indictment (Doc. No. 9), Defendant's plea agreement (Doc. No. 344), the transcript of Defendant's change of plea hearing (Doc. No. 502), and in accordance with the Opinion issued this day, it is **ORDERED** that:

1. Defendant's Motion to Vacate/Set Aside/Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 499) is **DENIED**.

2. Government's Motion to Dismiss Petition Under 28 U.S.C. § 2255 (Doc. No. 501) is **DENIED AS MOOT**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.