IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>LUIS COLON,<br><br>              Defendant. | CRIMINAL ACTION<br>NO. 9-155 |

## ORDER

**AND NOW**, this 2nd day of October 2024, upon consideration of Defendant's Motion for Compassionate Release (Doc. No. 654), the Government's Response in Opposition (Doc. No. 656), Defendant's Reply in Support of Motion for Compassionate Release (Doc. No. 659), Defendant's Supplemental Motion for Compassionate Release (Doc. No. 663), and Government's Response to Supplemental Motion in Opposition (Doc. No. 665), it is **ORDERED** that Defendant's Motions (Doc. No. 654, 663) are **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.